UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 14-5743 FMO** | Date | **October 28, 2014** |
|---|---|---|---|
| Title | **In re: GGW Brands, LLC, et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None | None |

**Proceedings:** **(In Chambers) Order to Show Cause Re: Dismissal for Lack of Prosecution and Duplicative Bankruptcy Matter**

On July 23, 2014, this bankruptcy action was appealed to this court pursuant to 28 U.S.C. § 158(a) or § 158(b). (See, generally, Notice of Appeal). The bankruptcy order being appealed is the Order Holding Joseph Francis ("Francis") and Perfect Science Labs, LLC ("Perfect Science Labs") in Contempt of Court, of July 18, 2014. (See id. at 1). On August 8, 2014, the clerk issued a notice setting August 22, 2014 as the deadline for appellants' opening brief. Francis and Perfect Science Labs failed to file an opening brief, even though it was due more than two months ago.

In addition, the bankruptcy court issued a Report and Recommendation ("R&R") relating to the civil contempt findings. (See Report and Recommendation to District Court for Withdrawal of Reference and for Determination of Possible Incarceration for Civil Contempt, filed Aug. 4, 2014, at 24) (discussing civil contempt issues). The R&R was assigned a new case number, In re: GGW Brands, LLC, et al., Case No. CV 14-6108.

Based on the foregoing, it appears that appellants have failed to prosecute this action, and that the issues in Case No. CV 14-6108 may be duplicative of the issues in this action.

Accordingly, IT IS ORDERED that:

1. No later than **November 3, 2014,** appellants shall show cause in writing: (1) why this action should not be dismissed for lack of prosecution; or (2) because it is duplicative of Case No. CV 14-6108. Appellees may submit a response in the same time period.

2. Appellants' failure to file a response to the order to show cause by the deadline set forth above shall be deemed consent to the dismissal of this action.

3. A copy of all papers filed with the court shall be delivered to the drop box outside chambers at Suite 520, Spring Street Courthouse, 312 North Spring Street, **no later than 12:00 noon the following business day**. All chambers copies shall comply fully with the document

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 14-5743 FMO** | Date | **October 28, 2014** |
|---|---|---|---|
| Title | **In re: GGW Brands, LLC, et al.** | | |

formatting requirements of Local Rule 11-3, including the "backing" requirements of Local Rule 11-3.5. Counsel may be subject to sanctions for failure to deliver a mandatory chambers copy in full compliance with this Order and Local Rule 11-3.

00 : 00

Initials of Preparer vdr