JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GGW BRANDS, LLC, et al. | Case No. CV 14-5743 FMO |
| JOSEPH FRANCIS, et al. | |
|     Appellants, | **ORDER** |
|   v. | |
| GGW BRANDS, LLC, et al. | |
|     Appellees. | |

IT IS ADJUDGED THAT the above-captioned case is dismissed without prejudice.

Dated this 17th day of November, 2014.

                                                      /s/
                                          Fernando M. Olguin
                                      United States District Judge